AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

11-1593-M

UNITED STATES OF AMERICA
V.
ANGELUCCI, VINCENT P
1210 HARDING BLVD

NORRISTOWN, PA 19401

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense) — Short Form

CASE NUMBER: PE56      1128664

USM NUMBER:

David T. Schnarrs, P.O. Box 1186, Pottstown PA 1946
Defendant's Attorney

**THE DEFENDANT:** ANGELUCCI, VINCENT P

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 - Citation No. 1128664

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 4.23(a)(2) | DUI, unsafe operation | 07/23, 2011 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

**Total:** 325.00    **Assessment** $ 0.00    **Fine** $ 300.00    **Processing Fee** $ 25.00

Defendant's Soc. Sec. No.: ###-##-3698
Defendant's Date of Birth: 06/05/1963

Defendant's Residence Address:
1210 Harding Boulevard
NORRISTOWN  PA  19401

Defendant's Mailing Address:
SAME AS ABOVE

JANUARY 27, 2012
Date of Imposition of Judgment

*[signature]*
Signature of Judge

JACOB P. HART, U.S. MAGISTRATE JUDGE
Name and Title of Judge

JANUARY 27, 2012
Date